GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email:  gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions, Inc*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLIFTON JONES and LINDA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>LEXISNEXIS RISK SOLUTIONS, INC, et al,<br><br>Defendant. | Case No.:   2:20-cv-00718-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions, Inc, ("Defendant") and Plaintiffs Clifton Jones and Linda Jones ("Plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

1. Plaintiffs filed their Complaint on April 22, 2020;

2. Defendant was served with the Complaint on April 27, 2020;

3. Defendant's deadline to answer or respond to Plaintiffs' Complaint is May 18, 2020;

4. Defendant has requested, and Plaintiffs have consented to, an additional thirty (30) days for Defendant to file an Answer or otherwise respond to the Complaint;

5. An additional thirty (30) days for Defendant to answer or respond to Plaintiffs' Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice

1

any party;

6. Good cause exists to grant the stipulation as the additional thirty (30) days are needed to allow Defendant to complete its investigation of Plaintiffs' allegations, including a review of all relevant documents;

7. Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiffs and Defendant agree that Defendant shall have up to and including June 17, 2020 to file a responsive pleading to Plaintiffs' Complaint.

8. WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Defendant LEXISNEXIS RISK SOLUTIONS, INC, shall have up to and including June 17, 2020 to file an Answer or Otherwise Plead to Plaintiffs' Complaint.

**IT IS SO STIPULATED.**

DATED this 12th day of May, 2020.

| | |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Gary E. Schnitzer* |
| Matthew I. Knepper, Esq., SBN 12796 | Gary E. Schnitzer, Esq., SBN 395 |
| Miles N. Clark, Esq., SBN 13848 | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| KNEPPER & CLARK LLC | |
| 5510 S. Fort Apache Rd., Suite 30 | 8985 South Eastern Avenue, Suite 200 |
| Las Vegas, NV 89148-7700 | Las Vegas, NV 89123 |
| Telephone: (702) 859-7430 | Telephone: (702) 222-4142 |
| Facsimile: (702) 447-8048 | Facsimile: (702) 362-2203 |
| Email: matthew.knepper@knepperclark.com | Email: gschnitzer@ksjattorneys.com |
| Email: miles.clark@knepperclark.com | *Attorneys for Defendant* |
| | *LexisNexis Risk Solutions, Inc* |
| David H. Krieger, Esq., SBN 9086 | |
| KRIEGER LAW GROUP, LLC | |
| 500 N. Rainbow Blvd., Suite 300 | |
| Las Vegas, NV 89107 | |
| Telephone: (702) 848-3855 | |
| Email: dkrieger@kriegerlawgroup.com | |
| *Attorneys for Plaintiffs* | |
| *Clifton Jones and Linda Jones* | |

**IT IS ORDERED.**

DATED this 12th day of May, 2020.

_____
United States Magistrate Judge