DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:	702.862.8800
Fax No.:	702.862.8811
Email:	ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFTON JONES and LINDA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>BACKGROUNDCHECKS.COM, LLC; and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:20-cv-00718-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiffs CLIFTON JONES and LINDA JONES ("Plaintiffs") and Defendant BACKGROUNDCHECKS.COM, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of May 18, 2020, up to and including **June 17, 2020**.

Such extension is necessary in light of the fact that Defendant's counsel was recently retained. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 18, 2020

Respectfully submitted,

*/s/ Miles N. Clark*
DAVID KRIEGER, ESQ.
KRIEGER LAW GROUP, LLC

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK LLC

Attorneys for Plaintiffs
CLIFTON JONES and LINDA JONES

Dated: May 18, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM, LLC

**IT IS SO ORDERED.**

Dated: May 19, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4841-2738-4251.1 103757.1003

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.