DIANA G. DICKINSON, ESQ., Bar No. 13477
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:   702.862.8800
Fax No.:     702.862.8811
Email:       ddickinson@littler.com

Attorney for Defendant
BACKGROUNDCHECKS.COM, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLIFTON JONES and LINDA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>BACKGROUNDCHECKS.COM, LLC; and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:20-cv-00718-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiffs CLIFTON JONES and LINDA JONES ("Plaintiffs") and Defendant BACKGROUNDCHECKS.COM, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading to Plaintiffs' Complaint for twenty-one (21) days from the current deadline of June 17, 2020, up to and including **July 8, 2020**.

Pursuant to the inherent delays caused by the current COVID-19 pandemic, Defense counsel has been unable to conduct a complete investigation.  The requested extension is necessary for additional time to investigate the allegations in the Complaint and prepare a response to the Complaint.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: June 12, 2020

Respectfully submitted,

*/s/ Miles N. Clark*
DAVID KRIEGER, ESQ.
KRIEGER LAW GROUP, LLC

MATTHEW I. KNEPPER, ESQ.
MILES N. CLARK, ESQ.
KNEPPER & CLARK LLC

Attorneys for Plaintiffs
CLIFTON JONES and LINDA JONES

Dated: June 12, 2020

Respectfully submitted,

*/s/ Diana G. Dickinson*
DIANA G. DICKINSON, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendant
BACKGROUNDCHECKS.COM, LLC

**IT IS SO ORDERED.**

Dated: June 12, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

4841-2738-4251.1 103757.1003

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.